```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                    Case No. 08-cr-168-PB

**Paul Ryder, et al.**


**O R D E R**

Defendants, through respective counsel, have moved to continue the trial scheduled for June 2, 2009, citing counsel's involvement in a state court trial which creates scheduling conflict with the current trial date.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 28, 2009 final pretrial conference is continued to July 21, 2009 at 3:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 28, 2009

cc: Paul Garrity, Esq.
    Richard Monteith, Jr., Esq.
    Donald Feith, Esq.
    United States Probation
    United States Marshal