```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                            Case No. 08-cr-168-PB

**Thomas Ryder, et al.**


**O R D E R**

Defendant Thomas Ryder, through counsel, has moved to continue the trial scheduled for August 18, 2009, citing a scheduling conflict with the current date of trial.  The government and co-defendant do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The July 21, 2009 final pretrial conference is continued to July 30, 2009 at 3:00 p.m.

No further continuances will be granted in this case.

SO ORDERED.

<pre>
                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge
</pre>

May 5, 2009

cc:  Paul Garrity, Esq.
     Richard Monteith, Jr., Esq.
     Donald Feith, Esq.
     United States Probation
     United States Marshal