```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 08-cr-168-PB

**Paul Ryder, et al.**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for September 1, 2009, citing the need for additional time to review discovery and a proposed plea agreement and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to October 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Counsel will note that the court does not intend to grant

further continuances in this case absent good cause shown.

    The August 28, 2009 final pretrial conference is continued to September 24, 2009 at 4:00 p.m.

    SO ORDERED.

                                          /s/Paul Barbadoro  
                                          Paul Barbadoro  
                                          United States District Judge

August 25, 2009

cc:   Paul Garrity, Esq.  
      Richard Monteith, Jr., Esq.  
      Donald Feith, AUSA  
      United States Probation  
      United States Marshal